**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-2206

OPHELIA MUNN-GOINS,

             Plaintiff - Appellant,

       v.

BOARD OF TRUSTEES OF BLADEN COMMUNITY COLLEGE; KATHRYN
GEISEN, Doctor, in her individual and official capacity;
DARRELL PAGE, in his individual and official capacity,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Dever III,
District Judge.  (7:08-cv-00021-D)

Submitted:  July 14, 2010          Decided:  August 26, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

John W. Gresham, FERGUSON, STEIN, CHAMBERS, GRESHAM & SUMTER,
P.A., Charlotte, North Carolina, for Appellant.  Kenneth P.
Carlson, Jr., William J. McMahon, IV, Robin E. Shea, CONSTANGY,
BROOKS & SMITH, LLC, Winston-Salem, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellees Board of Trustees of Bladen Community College and Darrell Page moved the Court to reconsider, vacate, and deny appellant Ophelia Munn-Goins' motion to file reply brief out of time, or to strike appellant's reply, or for leave to file a sur-reply. We deny appellees' motion.

Appellant Munn-Goins appeals the district court's order granting appellees' motion for summary judgment. We have reviewed the record and Munn-Goins' arguments and affirm on the reasoning of the district court. <u>Munn-Goins v. Board of Trustees of Bladen Community College, et al.</u>, No. 7:08-cv-00021-D (E.D.N.C. Sept. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>AFFIRMED</u>